UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT



| | |
|---|---|
| DAVID BANFORD, <br> ROBERT MILLER, <br> GARY STRATTON, and <br> SCOTT MCGRATTY <br><br> Plaintiffs, <br><br> v. <br><br> ENTERGY NUCLEAR <br> OPERATIONS, INC. <br><br> Defendant. | Case No. 2:12-cv-131 |

## Jury Verdict Form

**1. Are the following Plaintiffs exempt from the federal overtime law?**

David Banford

_____ Yes.        ✓ No.

Robert Miller

_____ Yes.        ✓ No.

Gary Stratton

_____ Yes.        ✓ No.

Scott McGratty

_____ Yes.        ✓ No.

If you answered "No." for any Plaintiff or all four, please proceed to questions 2 and 3. If you answered "Yes." for all four Plaintiffs, please stop.

2. Please indicate whether Entergy and the Plaintiff agreed that the Plaintiff's salary would cover all hours in the workweek above and below 40 hours.

David Banford

_____ Yes.   √ No.

Robert Miller

_____ Yes.   √ No.

Gary Stratton

_____ Yes.   √ No.

Scott McGratty

_____ Yes.   √ No.

3. Was Entergy's violation of the federal overtime law willful?

√ Yes.   _____ No.

9/18/14
Date